AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

|  |  |  |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | Case No.    1:26-mc-42 |
| In re Edward R. Martin, Jr. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Office of Disciplinary Counsel                                                                    .

Date:    04/08/2026

s/Theodore (Jack) Metzler
_Attorney's signature_

Theodore (Jack) Metzler D.C. Bar No. 486339
_Printed name and bar number_

515 Fifth St. NW
Building A, Room 117
Washington, D.C. 20001

_Address_

metzlerj@dcodc.org
_E-mail address_

(202) 638-1501
_Telephone number_

(202) 638-0862
_FAX number_