# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

**In the Matter of**

**EDWARD R. MARTIN,**                           **CASE NO.**

**Respondent, A Member of the Bar**       **1:26-mc-0042-CRC**
**of the District of Columbia Court**
**of Appeals**

**Bar No. 481866**

## UNOPPOSED MOTION TO EXTEND TIME
## TO RESPOND TO MOTION TO REMAND

Comes now Edward R. Martin, Respondent in the above-entitled matter, and submits this motion to extend by one week the time within which he may respond to the motion to remand filed by the Office of Disciplinary Counsel. Dkt. No. 3.

As good cause therefor, Respondent states that a key counsel on this case, Professor Robert Destro, has authorized disclosure that he unexpectedly had to be admitted as an inpatient to the Virginia Hospital Center on an emergent basis on Sunday, April 26, 2026. He is not expected to be discharged before Thursday, April 30, 2026 and will need a period of rest for recovery thereafter.

The current due date for the response is Friday, May 1, 2026.  A one-week extension would make the response due on May 8, 2026. Disciplinary Counsel has advised counsel for Mr. Martin that he does not object to this motion. A proposed order is attached hereto.

Respectfully submitted this 29 day of April, 2026.

<u>/s/ Christopher A. Byrne, Esq.</u>
Christopher A. Byrne, Esq.
DC Bar No. 928424
Byrne Law PLLC
1050-30th St Northwest
Washington, DC 20007
(202) 487-6800
cabesq@protonmail.com

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
6 Concourse Parkway, Suite 2400
Atlanta, Georgia 30328
(404) 843-1956
hmacdougald@ccedlaw.com
*Application for admission Pro Hac Vice Forthcoming

Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

*Application for admission Pro Hac Vice Forthcoming

2

## CERTIFICATE OF SERVICE

I hereby certify that I have caused on this day counsel for the opposing party

to be served with a copy of this *Unopposed Motion to Extend Time to Respond to*

*Motion to Remand* by email addressed to:

Hamilton P. Fox
Theodore (Jack) Metzler
D.C. Bar Office of Disciplinary Counsel
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org
metzlerj@dcodc.org

This this 29 day of April, 2026.

/S/
Christopher A. Byrne, Esq.
DC Bar No. 928424
Byrne Law PLLC
1050-30th St Northwest
Washington, DC 20007
(202) 487-6800
cabesq@protonmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In the Matter of | |
| **EDWARD R. MARTIN,** | **CASE NO.** |
| **Respondent, A Member of the Bar of the District of Columbia Court of Appeals** | **1:26-mc-0042-CRC** |
| **Bar No. 481866** | |

## ORDER EXTENDING TIMETO RESPOND
## TO MOTION TO REMAND

Upon the motion of the Respondent Edward R. Martin, and with no objection from the Office of Disciplinary Counsel, the Court hereby extends the time within which the Respondent, Edward R. Martin, may respond to the motion to remand (Dkt. No. 3) is hereby extend to May 8, 2026.

IT IS SO ORDERED this _____ day of April, 2026.

_____
Christopher R. Cooper
United States District Court Judge
District Court of the District of Columbia