AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    1:26-mc-42 |
| In re Edward R. Martin, Jr. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Office of Disciplinary Counsel                                                                    .

Date:     05/14/2026                          /s/ Hamilton P. Fox III
                                                      *Attorney's signature*

                                                      Hamilton P. Fox III D.C. Bar No. 113050
                                                      *Printed name and bar number*
                                                      515 Fifth St. NW
                                                      Building A, Room 117
                                                      Washington, D.C. 20001

                                                      *Address*

                                                      foxp@dcodc.org
                                                      *E-mail address*

                                                      (202) 638-1501
                                                      *Telephone number*

                                                      *FAX number*