# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

In re Edward R. Martin, Jr.,

A member of the Bar
   of the District of Columbia
   Court of Appeals

Bar No. 481866

Case No. 1:26-mc-0042-CRC

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel withdraws his appearance for the Office of Disciplinary Counsel. Disciplinary Counsel Hamilton P. Fox, III has entered his appearance for the Office, and this matter has not been set for trial. *Cf.* LCvR 83.6(b).

Respectfully submitted,

s/Theodore (Jack) Metzler
THEODORE (JACK) METZLER
   *Senior Assistant Disciplinary Counsel*
   D.C. Bar No. 486339

OFFICE OF DISCIPLINARY COUNSEL
515 Fifth Street, N.W.
Building A, Room 117

For the Office of Disciplinary Counsel:

s/Hamilton P. Fox, III
HAMILTON P. FOX, III
   *Disciplinary Counsel*
   D.C. Bar No. 113050

OFFICE OF DISCIPLINARY COUNSEL

1

515 Fifth Street, N.W.
Building A, Room 117
Washington, D.C. 20001
(202) 638-1501

2