UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

In the Matter of

EDWARD R. MARTIN, JR.

Respondent,

Members of the Bar of the
District of Columbia Court of Appeals
Bar Number: 481866
Date of Admission: June 10, 2003

No. 1:26-mc-00042

HON. CHRISTOPHER R. COOPER

**UNITED STATES' MOTION FOR LEAVE TO PRESENT ORAL ARGUMENT**

The United States of America respectfully moves this Court for leave to participate in the oral argument on petitioner's motion for remand scheduled for 2:00 p.m. on November 3, 2026. Undersigned counsel has conferred with counsel for Mr. Martin and counsel for the Office of Disciplinary Counsel, and they do not object to the United States' participation in oral argument. On May 8, 2026, the United States filed a statement of interest pursuant to 28 U.S.C. § 517, in which the United States outlined its important interests in this matter, set forth arguments in support of the removal of this action to federal court, and opposed petitioner's remand motion. The United States' oral presentation is likely to assist the Court with the issues raised in the remand motion and the specific question set forth in the Court's minute order setting oral argument. Therefore, the United States respectfully requests leave to present oral argument addressing the matters

discussed in the statement of interest and the Court's question regarding whether this action "commenced in a State court" under 28 U.S.C. § 1442(a).

Dated: October 26, 2026

Respectfully submitted,

STANLEY E. WOODWARD, Jr.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN D. GUYNN
Deputy Assistant Attorney General
Civil Division

PAUL E. WERNER
Assistant Director
Torts Branch, Civil Division

*/s/ John B. F. Martin*
JOHN B. F. MARTIN
Trial Attorney, Constitutional Torts Staff
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
T: (202) 616-4492; F: (202) 616-4314
John.B.Martin@usdoj.gov