**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In the Matter of** | |
| **EDWARD R. MARTIN,** | **CASE NO.** |
| **Respondent, A Member of the Bar of the District of Columbia Court of Appeals** | **1:26-mc-0042-CRC** |
| **Bar No. 481866** | |

# MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Comes now Edward R. Martin, Respondent in the above-entitled matter, and, pursuant to LCvR 7, hereby moves for leave to submit a supplemental brief to address the question the Court's Minute Order of October 20, 2026 asked the parties to be prepared address at the hearing on November 3, 2026, namely whether the instant Bar disciplinary proceeding was removed from a "State court" within the meaning of 28 U.S.C. § 1442(a).

We respectfully submit that the Court's Minute Order establishes sufficient good cause for allowing a supplemental brief on this topic. The proposed Supplemental Brief, attached hereto as Exhibit 1, will hopefully be helpful to the Court in analyzing this question.

Inquiry has been made of opposing counsel, who consents to this motion.

Respectfully submitted this 30 day of October, 2026.

*/s/ Harry W. MacDougald*
Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
6 Concourse Parkway, Suite 2400
Atlanta, Georgia 30328
(404) 843-1956
hmacdougald@ccedlaw.com
* *Pro Hac Vice*

*/s/ Christopher A. Byrne, Esq.*
Christopher A. Byrne, Esq.
DC Bar No. 928424
Byrne Law PLLC
1050-30th St Northwest
Washington, DC 20007
(202) 487-6800
cabesq@protonmail.com

*/s/ Robert A. Destro*
Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

* *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party with a copy of this ***Motion for Leave to File Supplemental Brief*** by email addressed and by filing it with the Court's electronic filing system which will cause electronic service to be made upon them:

Hamilton P. Fox
Theodore (Jack) Metzler
D.C. Bar Office of Disciplinary Counsel
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org
metzlerj@dcodc.org

This this 30 day of October, 2026.

*/s/ Harry W. MacDougald*
Harry W. MacDougald
Georgia Bar No. 453076

Caldwell, Carlson, Elliott & DeLoach, LLP
6 Concourse Parkway, Suite 2400
Atlanta, Georgia 30328
(404) 843-1956
hmacdougald@ccedlaw.com