**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE EDWARD R. MARTIN, JR.** | |
| **HAMILTON P. FOX, III,**<br>Petitioner,<br>v.<br>**EDWARD R. MARTIN, JR.,**<br>Respondent. | Case No. 26-mc-42 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Petitioner's [3] Motion to Remand is **GRANTED**. It is further

**ORDERED** that Respondent's [11] Motion to Disqualify and [16] Motion for Reconsideration are **DENIED** as moot. It is further

**ORDERED** that Movant Erwin Rosenberg's [17] Motion to Intervene and [20] Amended Motion to Intervene are **DENIED** as moot. It is further

**ORDERED** that this matter be **REMANDED** to the District of Columbia Court of Appeals' Board on Professional Responsibility.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: November 24, 2026